**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                      No. 4:14CR00152-06 JLH

TYSON G. NORSWORTHY                                                                    DEFENDANT

## ORDER

Pending before the Court is the defendant's motion for continuance of the sentencing hearing currently set for Wednesday, December 9, 2015. The motion is GRANTED. Document #246.

The sentencing hearing for defendant Tyson G. Norsworthy is hereby rescheduled for **WEDNESDAY, DECEMBER 16, 2015, at 3:00 P.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

IT IS SO ORDERED this 9th day of December, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE